ORDERED.

Dated:  October 20, 2017

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

RODGER ARTHUR BENNETT. JR.,

    Debtor.
_____/

Chapter 7
Case No. 8:17-bk-00307-KRM

BETH ANN SCHARRER,
as Chapter 7 Trustee,

    Plaintiff

vs.

JILL A. FOX,

    Defendant.
_____/

Adversary Proceeding No. 8:17-ap-00587-KRM

**FINAL DEFAULT JUDGMENT**

    THIS ADVERSARY PROCEEDING came before the Court upon a Motion for Default Judgment against JILL A FOX.  The Court having entered an Order Granting the Motion for Default Judgment, it is appropriate to enter a default final judgment.  Accordingly, it is –

**ORDERED** that final judgment is hereby entered in favor of the Plaintiff, BETH ANN SCHARRER, Chapter 7 Trustee ("Plaintiff") for the above estate, and the deed (recorded in the Pasco County Official Records, Book 9376, Page 3325) transferring the property located at 10831 Oakdale Avenue, Port Richey, Florida 34668-2526, with legal description of Lot 190, PALM TERRACE ESTATES UNIT 7, According to the map or plat thereof as recorded in Plat Book 10 at page 41 of the Public Records of Pasco County, Florida, to JILL A. FOX, Defendant, is hereby avoided.

Clerk's office to serve.